FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

FEB 2 5 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>Todd Liptzin,<br><br>   Defendant. | Case No.: 09 CR 0023-JVS<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)] |

   The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District of Calif. for alleged violation(s) of the terms and conditions of (his)/her [probation] (supervised release); and

   The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

   The Court finds that:

A.   (X) The defendant has not met (his)/her burden of establishing by clear and convincing evidence that (he)/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on prior failure to appear, prior supervised release

1 | violation in underlying case, state charges pending,
2 | access to expired passport
3 |
4 | and/or
5 | B.   (X)   The defendant has not met (his)/her burden of establishing by
6 | clear and convincing evidence that (he)/she is not likely to pose
7 | a danger to the safety of any other person or the community if
8 | released under 18 U.S.C. § 3142(b) or (c). This finding is based
9 | on: continued use of illegal substances
10 | failure to comply w/ terms of sup. rel for a 2nd time
11 | verbal abuse of parents + probation officer on
12 | January 8, 2013, and apparently
13 | trying to gain access to parents' house that day
14 | IT THEREFORE IS ORDERED that the defendant be detained pending
15 | the further revocation proceedings.
16 |
17 | Dated:   2/25/13                    /s/ Jean Rosenbluth
                                         JEAN ROSENBLUTH
18 |                                     U.S. MAGISTRATE JUDGE